927 A.2d 207

**Mark JOHNSTON, Petitioner,**

v.

**COMMONWEALTH of Pennsylvania, Respondent.**

No. 39 MM 2007.

Supreme Court of Pennsylvania.

June 26, 2007.

## *ORDER*

PER CURIAM.

**AND NOW,** this 26th day of June, 2007, the Application for Leave to File Original Process is granted and the Petition for Writ of Mandamus and/or Extraordinary Relief is denied.